UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

JOHN BAIN,

    Plaintiff,

v.

WESTLAKE SERVICES, LLC, et al.,

    Defendants.

No. 6:24-CV-006-H

## FINAL JUDGMENT

For the reasons stated in the Court's Order, Dkt. No. 25, it is hereby ORDERED, ADJUDGED, and DECREED that:

The plaintiff's claims against the defendants are dismissed without prejudice.

The Clerk of Court is directed to close the case.

So ordered on May 14, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE